# BAKER, SANDERS, BARSHAY, GROSSMAN, FASS, MUHLSTOCK & NEUWIRTH, LLC
Attorneys and Counselors at Law
100 Garden City Plaza, Suite 500
Garden City, New York 11530
NYC DCA LIC# 1282534
Tel: (516) 577-9770    Fax: (516) 741-2107
**TOLL FREE TEL.: (877) 741-7370**

October 18, 2011

| | | | |
|---|---|---|---|
| RE: Alleged Creditor: | PRIDE ACQUISITIONS LLC | Alleged Principal: | $ 31,379.43 |
| Original Creditor: | CHASE BANK USA, N.A. | Alleged Interest: | $ 27,668.43 |
| Alleged Debtor(s): | JULIE A PAULUS | Total Credits | $ 0.00 |
| | | Alleged Current Balance Due*: | $ 59,047.86 |
| Account No.: |  | Our File No.: | |

Dear Sir or Madam:

Please be advised that the Law Firm of BAKER, SANDERS, BARSHAY, GROSSMAN, FASS, MUHLSTOCK & NEUWIRTH, LLC represents the party seeking payment on your unpaid account stated above. The above-named Alleged Creditor purchased your account from the Original Creditor named above, and referred the account for collection to BAKER, SANDERS, BARSHAY, GROSSMAN, FASS, MUHLSTOCK & NEUWIRTH, LLC.

Please forward payment of the Alleged Balance Due to this office by check or money order payable to BAKER, SANDERS, BARSHAY, GROSSMAN, FASS, MUHLSTOCK & NEUWIRTH, LLC, as attorney, and write our File Number on your check or money order. Please mail the payment to us at 100 Garden City Plaza, Suite 500, Garden City, New York 11530. There are other methods of payment that we can accept, including Western Union, MasterCard and Visa, and payment plans tailored to your specific needs are available.

If you have any questions, please contact our office at the Toll Free number (877) 741-7370 to speak to Kim Naumann, your Account Representative, who is not an Attorney.

IF YOU HAVE A LAWYER WHO IS REPRESENTING YOU IN REGARD TO THIS ACCOUNT, PLEASE GIVE THIS LETTER TO YOUR LAWYER AND DO NOT CONTACT US WITHOUT YOUR LAWYER'S PERMISSION. PLEASE HAVE YOUR LAWYER CONTACT US.

*Please note that interest is continuing to accrue against your principal at 29.99% from 04/30/2010.*

The following Validation Notice does not apply to businesses.

## VALIDATION NOTICE

*This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for this purpose. Unless you dispute the validity of this debt or any portion thereof within 30 days after you receive this notice, we will assume this debt to be valid. If you notify us in writing within 30 days after receipt of this notice of a dispute, we will obtain and forward to you verification of the debt, or if the debt is founded upon a judgment, a copy of judgment. If the original creditor is different from the creditor named above, then upon your written request within 30 days of the receipt of this notice, we will provide you with the name and address of the creditor.*

Edward G.

BAKER, SANDERS, BARSHAY, GROSSMAN, FASS, MUHLSTOCK & NEUWIRTH, LLC
By: Edward Gilbert, Esq.



EXHIBIT B

JULIE A PAULUS
███████,
███████, IN ███████

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••
PLEASE TEAR OFF AND ENCLOSE WITH YOUR PAYMENT

JULIE A PAULUS
███████
███████, IN ███████
File # ███████

ACCOUNT NO.: 5401683037993927
Alleged Balance Due: $ 59,047.86
AMOUNT ENCLOSED:$_____
PAYABLE TO BAKER, SANDERS, BARSHAY, GROSSMAN, FASS, MUHLSTOCK & NEUWIRTH, LLC

BAKER, SANDERS, BARSHAY, GROSSMAN, FASS,
MUHLSTOCK & NEUWIRTH, LLC
Attorneys and Counselors at Law
100 Garden City Plaza, Suite 500
Garden City New York 11530

You can contact me or leave messages for me at:
Telephone Number:_____
Email Address:_____
Signature_____
Date_____