UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Julie Paulus, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>Pride Acquistions, LLC, a Delaware, Limited liability company, and Baker Sanders, LLC, a New York limited Liability company, f/k/a Baker, Sanders, Barshay, Grossman, Fass, Muhlstock & Neuwirth,<br><br>Defendant(s). | Cause No. 1:12-CV-1433 LJM MJD |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-5(a)(2)(C), the undersigned counsel, David M. Barshay, Esq. of The Barshay Law Firm, PLLC, respectfully moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of Pride Acquisitions, LLC and Baker Sanders, LLC, in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice in the following states and federal jurisdictions: State of New York, admitted 2000; United States District Court, Eastern District New York, admitted September 2012; United States District Court, Southern District New York, October 2012.

2. I am not currently the subject of any professional disciplinary sanction, proceeding or investigation in any jurisdiction.

3. I certify that I will abide by the Seventh Circuit Standards of Professional Conduct.

4. I have presented a check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice*.

WHEREFORE, the undersigned counsel respectfully requests this Court enter an order of admission *pro hac vice* for purposes of this cause only.

Dated: October 22, 2012

Respectfully submitted,

David M. Barshay, Esq.
The Barshay Law Firm, PLLC
100 Garden City Plaza, Suite 500
Garden City, New York 11530
(516)741-4799
(516)282-9810
dbarshay@bakersanders.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of Court on 11/2/12 and served upon the following counsel of record and/or *pro se* parties:

*Via First Class Mail*
Philipps & Philipps, Ltd.
Attorneys for Plaintiff
9760 S. Roberts Road, Suite one
Palos Hills, Illinois 60465
davephilipps@aol.com

*Via First Class Mail*
Steven J. Halbert
Attorney for Plaintiff
11805 N. Pennsylvania Street
AmeriCenters Building
Carmel Indiana, 46032
shalbertlaw@aol.com

Jennifer L. Zeidner, Esq.

The Barshay Law Firm, PLLC
100 Garden City Plaza, Suite 500
Garden City, New York 11530
(516)741-4799
(516)282-9810