UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| Julie Paulus, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff(s), | ) | |
| v. | ) ) | No. 1:12-CV-1433 LJM-MJD |
| Pride Acquisitions, LLC, a Delaware, Limited liability company, and Baker Sanders, LLC, a New York limited Liability company, f/k/a Baker, Sanders, Barshay, Grossman, Fass, Muhlstock & Neuwirth, | ) ) ) ) ) ) ) | |
| Defendant(s). | ) | |

**AFFIDAVIT OF TODD D. MUHLSTOCK**

I, TODD D. MUHLSTOCK, being duly sworn, upon his oath does hereby swear and affirm under the penalty of perjury:

    1. I am admitted to practice and am in good standing in the following states and federal jurisdictions: State of New York, 1997; State of New Jersey, 1996; United States District Court, Eastern District New York, 1997; United States District Court, Southern District New York, 1997, United States District Court, District of New Jersey, 1996; Second Circuit, 2004, US Supreme Court, 2003.

    2. I not currently suspended or subject to other disciplinary action in any jurisdiction.

    3. I certify that I will abide by the Seventh Circuit Standards of Professional Conduct.

    4. I have mailed a check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice*.

    WHEREFORE, the undersigned respectfully requests this Court enter an order of admission *pro hac vice* for purposes of this cause only.

    Dated: January 21, 2013        Respectfully submitted,

                                      s/Todd D. Muhlstock, Esq.